**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CARLOS ARMANDO ORTEGA, | ) | No. C 12-3426 SBA (PR) |
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| SERGEANT FLAVETTA, et al., | ) | |
| Defendants. | ) | |

Plaintiff, who is currently housed at Santa Clara County Jail, has filed a consent to magistrate judge jurisdiction in this civil rights matter under 42 U.S.C. § 1983. Dkt. 9 at 18.

The Clerk of the Court shall randomly reassign this matter to a magistrate judge.

IT IS SO ORDERED.

DATED: 1/17/2014

SAUNDRA BROWN ARMSTRONG
United States District Judge

G:\PRO-SE\SBA\CR.12\Ortega3426.reassign2MAGjudge.frm