UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CARLOS ARMANDO ORTEGA,

Plaintiff,

v.

SERGEANT FLAVETTA, et al.,

Defendants.

Case No. C 12-3426 KAW (PR)

ORDER FOR PLAINTIFF TO FILE NOTICE OF CHANGE OF ADDRESS

Plaintiff Carlos Armando Ortega, formerly a state prisoner, filed a civil rights action under 42 U.S.C. § 1983 complaining of his treatment by officers at the Santa Clara County Jail (SCCJ). On February 11, 2014, Plaintiff filed a notice of change of address indicating that he is now housed at Napa State Hospital. However, in another case filed by Plaintiff, *Ortega v. Mattocks*, case no. C 13-6016 JSC (PR), the Court's mail to him at his Napa State Hospital address was returned because Plaintiff was no longer in custody. *See* Doc. no. 10 in case no. C 13-6016 JSC (PR).

Civil Local Rule 3-11(a) provides that a party proceeding pro se "whose address changes while an action is pending must promptly file with the Court . . . a Notice of Change of Address specifying the new address." The rule further provides that the Court may dismiss without prejudice a complaint when "mail directed at a party by the Court has been returned to the Court as not deliverable and the Court fails to receive within 60 days of this return a written communication from the pro se party indicating a current address."

Therefore, the Court orders Plaintiff to file a notice of change of address specifying

1  his current address.  Plaintiff must file this notice within sixty days from the date of this
2  Order, or his case will be dismissed without prejudice under Civil Local Rule 3-11.
3      **IT IS SO ORDERED.**

Dated: 2/25/14

_____
KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE

2